ORIGINAL

FILED
JUL 15 2008
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MIDTOWN DEVELOPMENT, L.L.C. | ) | |
| Plaintiff, | ) | |
| vs. | ) | **Civil Action No.** 08-514 C |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1(a), Midtown Development, L.L.C. ("Midtown") files this corporate disclosure statement affirming that there is no parent or publicly held corporation that owns 10% or more of Midtown's stock.

MIDTOWN DEVELOPMENT, L.L.C.

Dated: July 15, 2008

Respectfully submitted,

Howard J. Stanislawski
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Counsel of Record for Plaintiff Midtown Development, L.L.C.

Of Counsel:

Dave Nagle
DAVE NAGLE LAW OFFICE
501 Sycamore Street, Suite 704
P.O. Box 792
Waterloo, Iowa 50704
319-234-3623

Max E. Kirk
BALL, KIRK & HOLM, P.C.
3324 Kimball Avenue
P.O. Box 2696
Waterloo, Iowa 50704
319-234-2638

Attorneys for Plaintiff Midtown Development, L.L.C.

Robert J. Conlan
Ileana Maria Ciobanu
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Plaintiff Midtown Development, L.L.C.