# In the United States Court of Federal Claims

No. 08-514 C
Filed: July 15, 2008

| | |
|---|---|
| ********************************** | |
| | * |
| **MIDTOWN DEVELOPMENT, L.L.C.** | * |
| | * |
| **Plaintiff** | * |
| | * |
| | * |
| **v.** | * |
| | * |
| | * |
| **THE UNITED STATES,** | * |
| **Defendant** | * |
| | * |
| | * |
| ********************************** | |

**ORDER**

This case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. In addition to complying with the court's policy concerning CM/ECF, contained in Appendix E to the Rules of the Court and the Notice of Designation filed by the Clerk's Office, counsel are directed to provide a hard copy of all filings that exceed 100 pages, including any appendices or exhibits. The hard copy shall be delivered to the Clerk's Office for delivery to chambers and shall be addressed in a manner to ensure prompt delivery to the undersigned's chambers. All filings shall comply with the court's rules which are available on the court's website at www.uscfc.uscourts.gov.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**