**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MIDTOWN DEVELOPMENT, L.l.C.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 08-514C** |
| | ) | **(Judge Braden)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including November 14, 2008, to file a response to the complaint. Defendant's response is currently due on September 15, 2008. This is defendant's first request for an enlargement for this purpose. Defendant has consulted with counsel for plaintiff and counsel for plaintiff has represented that plaintiff does not oppose this request for an enlargement of time.

Upon receipt of the complaint, counsel for defendant sent the General Services Administration ("GSA") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Agency counsel has informed counsel for defendant that additional time is necessary for the agency to respond to our request.

The requested enlargement of time is required so that agency counsel may have sufficient time to obtain the relevant information and documentation from GSA employees needed to prepare the requested litigation report, and then to prepare the litigation report and suggested response to the complaint. Once the litigation report is received, defendant's counsel will require additional time to study the litigation report, its supporting documentation, and the suggested response to the

complaint, to consult with agency counsel and other Government attorneys, and to prepare and file the Government's response to the complaint, following mandatory supervisory review.

For these reasons, defendant respectfully requests that the Court grant this motion for enlargement of time of 60 days, to and including November 14, 2008, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes by Martin F. Hockey.
TODD M. HUGHES
Deputy Director

Dated: September 3, 2008

s/ Scott A. MacGriff
SCOTT A. MACGRIFF
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Telephone: 202-305-3689
Scott.MacGriff@usdoj.gov

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that, on this 3rd day of September 2008, a copy of the foregoing Motion For Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott A. MacGriff
SCOTT A. MACGRIFF