# In the United States Court of Federal Claims

No. 08-514C

Filed: September 4, 2008

****************************************

MIDTOWN DEVELOPMENT, L.L.C.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

****************************************

## ORDER

The Government's September 3, 2008 Unopposed Motion For An Enlargement of Time to file a response to Plaintiff's complaint is hereby granted. The Government's response will be filed on or before November 14, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**